# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

Monday, April 10, 2023

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Arenda L. Wright Allen, District Judge

Deputy Clerk: Lorraine Howard          Reporter: Michelle Maar, OCR

| Set: 9:00 a.m. | Started: 9:00 a.m. | Ended: 1:35 p.m. |
|---|---|---|

| |
|---|
| Case No.  2:20cv612 |
| **Joan Allison** |
| v. |
| **Norfolk Academy and Dennis G. Manning** |
| (Jury Trial Day #5) |
| Pro se Plaintiff present. |
| Charles Meyer, III and Aretina Samuel-Priestley present on behalf of the Defendants. |
| Matter came on for continuation of trial with jury. |
| Defendants continued presentation of evidence. |
| Out of the presence of the Jury, the Court granted the Rule 50(a) Motion. |
| Court adjourned. |
| |
| |
| |
| |
| |
| |
| |
| Lunch Break: 11:55 AM – 1:30 PM |
| |