UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JOAN ALLISON, <br><br> Plaintiff, <br><br> v. <br><br> NORFOLK ACADEMY, et al., <br><br> Defendants. | Case No. 2:20cv612 |

**ORDER**

Before the Court is a letter from *pro se* Plaintiff Joan Allison filed on August 18, 2023. ECF No. 211. Interpreting this *pro se* filing liberally, the Court construes it as an objection or opposition to the Bill of Costs. Under the local rules of this Court, "[a] party from whom costs are sought may file an opposition to the bill of costs within fourteen (14) calendar days after service of the bill of costs." E.D. Va. Local Civ. R. 54(D)(2). The bill of costs and corresponding memorandum in support as to the instant case were filed on April 21, 2023. ECF Nos. 206, 207. Ms. Allison did not object to the bill of costs before her current filing.

"If no objections [to the bill of costs] are filed, the Clerk shall promptly proceed to tax the costs . . . [and] shall give notice of such action to the parties or their counsel." E.D. Va. Local Civ. R. 54(D)(2). On June 28, 2023 the Clerk gave notice to the Parties that costs would be taxed. Notice, ECF No. 208. Defendant filed a Notice of No Disagreement Regarding Taxing of Costs on July 11, 2023. Notice, ECF No. 209. As of July 11, 2023, the "Defendants ha[d] not received any communication from Plaintiff that she disagree[d] with or object[ed] to any portion of the Bill of Costs." *Id*. at 1. On

1

July 14, 2023, the Clerk filed a revised bill of costs reflecting the taxation. ECF No. 210. In addition, the Clerk mailed the Notice of Taxing of Costs and the Bill of Costs to Ms. Allison on July 27, 2023.

The Court will review the actions of the Clerk with respect to the taxing of costs "upon timely motion under Fed. R. Civ. P. 54(d)." E.D. Va. Local Civ. R. 54(D)(2). Even assuming that Ms. Allison could have objected to the taxation of costs under this provision, despite not having objected to the bill of costs itself, such objections are due within seven (7) days. Fed. R. Civ. P. 54(d)(1). Ms. Allison's Objection to the Bill of Costs was received by the Court on August 18, 2023—well beyond the original fourteen (14) day deadline to object to the Bill of Costs, which was filed on April 21, 2023 *and* the seven (7) day deadline to object to the taxing of costs, for which notice was filed on July 14, 2023. In fact, her Objection was received twenty-two (22) days after the Clerk sent paper copies of the Notice of Taxation and Bill of Costs to Ms. Allison on July 27, 2023, which is the latest possible date from which any filing deadline could be calculated.

Accordingly, upon due consideration, the Objection (ECF No. 211) is **DENIED** as untimely, and as such the Court will take no action. The Clerk is **DIRECTED** to send a copy of this order to the Parties.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

August 21, 2023
Norfolk, Virginia